**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| In re | Case No. 19–31199 <br> Chapter 13 |
| Francesca Latrice Salter , | |
|     Debtor. | |

## NOTICE

PLEASE TAKE NOTICE that a telephone hearing will be held on March 18, 2021 at 10:05 AM to consider and act upon the following:

*32* – Motion for Relief from Stay . Fee Amount $188 filed by Larry E. Darby Esq on behalf of Crossings Property Owner LLC. (Attachments: # 1 Affidavit Manager affidavit # 2 Exhibit Lease # 3 Exhibit ledger) (Darby, Larry)

---

Each party wishing to be heard must call the phone number below at least 5 minutes prior to the commencement of court.

PHONE: **877–336–1839 Participant Code: 9617616**
CONFERENCE HOST: Bill Livingston

You will be asked to provide the name of the conference host and the name of the caller.

Conference calls may be broadcast throughout the courtroom. Be sure you mute your telephone until your case is called. Additionally, please do not place the call on hold because many companies use background music while the call is on hold. Remain silent while you wait, and do not address the court until are called upon. Be sure you follow the conference coordinator's instructions.

If you cannot mute your phone:

- Do not shuffle papers or type on keyboard
- Refrain from making unnecessary noise
- Turn off electronics such as televisions and radios that broadcast sound

Cases are called in the order determined by the court. Your case will be called as soon as possible.

Dated February 23, 2021

Juan–Carlos Guerrero
Clerk of Court