The relief described hereinbelow is SO ORDERED

Done this 26th day of March, 2021.

**William R. Sawyer**
**United States Bankruptcy Judge**



_____

```
            UNITED STATES BANKRUPTCY COURT
              MIDDLE DISTRICT OF ALABAMA


IN RE
FRANCESCA LATRICE SALTER                    Case No. 19-31199
    Debtor                                  Ch. 13

        Order Granting Relief from Automatic Stay
```

This matter having come before the Court upon notice and hearing on the Motion for Relief from Stay with waiver of Rule 4001(a)(3) filed by Crossings Property Owner, LLC, and the attorney for the debtor having announced the debtor has no defense, it is hereby ORDERED as follows:

1. In accordance with the ruling from the bench on 03/18/2021, the Motion for Relief from Stay filed by the creditor is GRANTED.

2. The creditor may proceed to enforce the contract pertaining to possession of the property in question.

3. The automatic stay of execution pursuant to Rule 4001(a)(3) is waived.

###END OF ORDER###

This order was reviewed and agreed to by counsel for the debtor and the chapter 13 trustee

| | |
|---|---|
| Order drafted by<br>Larry Darby<br>Darby Law Firm, LLC<br>P. O. Box 3905<br>Montgomery, AL 36109 334.356.3593<br>Evictions@AlabamaEvictions.com | Copies should be sent to<br>Spencer W. Jones, Esq.<br>P O Box 311167<br>Enterprise, AL 36331<br><br>Sabrina McKinney, Trustee<br>P. O. Box 173<br>Montgomery, AL 36101 |

United States Bankruptcy Court
Middle District of Alabama

| | |
|---|---|
| In re: | Case No. 19-31199-WRS |
| Francesca Latrice Salter | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1127-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 26, 2021 | Form ID: pdfSOME | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Francesca Latrice Salter, 5600 Carmichael Road Apt 1015A, Montgomery, AL 36117-1807 |
| cr | + | Crossings Property Owner LLC, c/o Darby Law Firm LLC, P O Box 3905, Montgomery, AL 36109-0905 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2021          Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bankruptcy Administrator | ba@almb.uscourts.gov |
| Charles N. Parnell, III | on behalf of Creditor Golden Animal Hospital bkrp@parnellsoutheast.com |
| Larry E. Darby, Esq | on behalf of Creditor Crossings Property Owner LLC LDarbyEsq@knology.net bankruptcy@alabamaevictions.com;darbylawfirm@yahoo.com |
| Leonard N. Math | on behalf of Creditor THE HEALTH CARE AUTHORITY FOR BAPTIST HEALTH An Affiliate of UAB HEALTH SYSTEM noticesmd@chambless-math.com |

Michael Brock
    on behalf of Debtor Francesca Latrice Salter bankruptcy@brockandstoutlaw.com
    bankruptcy@managelawfirm.com;bkbackup@managelawfirm.com

Sabrina L. McKinney
    trustees_office@ch13mdal.com

TOTAL: 6